DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT BRAXTON CRUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00330 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ROBERT BRAXTON CRUM, | ) ) | Date: May 30, 2008 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for April 25, 2008, **may be continued to May 30, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

                                                            McGREGOR M. SCOTT
                                                             United States Attorney

6  DATED:  April 22, 2008                     By  /s/  Mark J. McKeon
                                                                      MARK J. McKEON
7                                                               Assistant United States Attorney
                                                             Attorney for Plaintiff

9                                                               DANIEL J. BRODERICK
                                                             Federal Defender

11 DATED:  April 22, 2008                     By  /s/  Marc Days
                                                                      MARC DAYS
12                                                              Assistant Federal Defender
                                                             Attorney for Defendant
13                                                              ROBERT BRAXTON CRUM

15                                                             **ORDER**

16  The mutual request is granted for good reason and cause stated.   Time is hereby excluded pursuant
17  to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

23  IT IS SO ORDERED.

24  **Dated:**   **April 22, 2008**                   /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE