DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT BRAXTON CRUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00330 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ROBERT BRAXTON CRUM, | ) ) | Date:  July 11, 2008 Time:  9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for July 3, 2008, **may be continued to July 11, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3   3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: June 30, 2008        By    /s/  Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: June 30, 2008        By    /s/  Marc Days
                                  MARC DAYS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROBERT BRAXTON CRUM

## ORDER

**The Court grants the stipulated continuance, however, further requests in this or any other case must have specificity to establish good cause for the continuance.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 30, 2008**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon            2