DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT BRAXTON CRUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00330 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER OF DENIAL |
| v. | ) ) | |
| ROBERT BRAXTON CRUM, | ) ) | Date: October 31, 2008 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for October 10, 2008, **may be continued to October 31, 2008 at 9:00 a.m.**

The continuance is at the request of defense counsel to provide him additional time for defense preparation and further investigation prior to the sentencing hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

Exclusion of time to complete sentencing is not required.

McGREGOR M. SCOTT
United States Attorney

DATED:  September 30, 2008          By   /s/  Mark J. McKeon
                                         MARK J. McKEON
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED:  September 30, 2008          By   /s/  Marc Days
                                         MARC DAYS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ROBERT BRAXTON CRUM

### ORDER

**THE STATEMENT OF GOOD CAUSE DOES NOT GIVE THE COURT ENOUGH INFORMATION TO DETERMINE WHETHER OR NOT THERE IS GOOD CAUSE FOR THE CONTINUANCE.   THE REQUEST IS DENIED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

**Dated:     October 2, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE