DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT BRAXTON CRUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT BRAXTON CRUM, <br><br> Defendant. | NO. 1:07-cr-00330 LJO <br><br> *AMENDED* STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER <br><br> Date:  October 31, 2008 <br> Time:  9:00 A.M. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for October 10, 2008, **may be continued to October 31, 2008 at 9:00 a.m.**

The continuance is at the request of defense counsel to provide him additional time for defense preparation of a sentencing memorandum and objections, in light of the Ninth Circuit's recent decision in *United States v. Pham*, __ F.3d. __, (2008 U.S. App. Lexis 20101), decided on September 23, 2008. Defense counsel recently became aware of the *Pham* decision.  The *Pham* decision addresses application of U.S.S.G.  § 2B1.1(b)(2), a guideline at issue in the above-entitled action, and raises issues which defense counsel believes requires further research and consideration.  Defense counsel anticipates citing to the *Pham* decision in defendant's sentencing memorandum and objections.

///

Exclusion of time to complete sentencing is not required.

                                                McGREGOR M. SCOTT
                                                United States Attorney

DATED:  October 3, 2008                By  /s/  Mark J. McKeon
                                                    MARK J. McKEON
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

DATED:  October 30, 2008              By  /s/  Marc Days
                                                    MARC DAYS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    ROBERT BRAXTON CRUM

## ORDER

**Good cause exists for the requested continuance of the sentencing.   The stipulated request is therefore granted.**

IT IS SO ORDERED.

**Dated:   October 6, 2008**                          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE