McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 1:07-CR-00330 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; ORDER |
| v. ) | THERON |
| ) | |
| ROBERT BRAXTON CRUM, ) | |
| ) | |
| Defendant(s). ) | DATE: November 7, 2008 |
| ) | TIME: 9:00 a.m. |
| ) | COURT: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED, by and between the parties, hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter now scheduled for October 31, 2008, **may be continued until November 7, 2008, at 9:00 a.m.**

The continuance is at the request of government counsel. Government counsel is unavailable for the sentencing hearing, but anticipated asking another Assistant United States Attorney to cover the sentencing for him. However, the defense has filed a Sentencing Memorandum in which he asks the court to follow the plea agreement, instead of the presentence report, on an important sentencing guideline calculation. In his objection on this issue, the defense

1

cites a new ninth circuit case, United States v. Pham, ___ F.3d. ___, 208 U.S. App. LEXIS 20101 (9th Cir. 2008).  On Tuesday, October 28, 2008, the probation officer filed a response in which the Probation Officer supported the presentence report, going against the defense's objection and the plea agreement.  Given this objection and response, both the government and the defense would like the Assistant U.S. Attorney who negotiated the plea agreement to be personally present at sentencing.

DATED: October 30, 2008                McGREGOR W. SCOTT
                                       United States Attorney


                               By:     /s/ Mark J. McKeon
                                       MARK J. McKEON
                                       Assistant U.S. Attorney


DATED: October 30, 2008                /s/ Marc Days
                                       MARC DAYS
                                       Attorney for Defendant


**ORDER**

     GOOD CAUSING APPEARING for the stipulated continuance, it is:
IT IS SO ORDERED.

**Dated:   October 30, 2008**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

2