DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT BRAXTON CRUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT BRAXTON CRUM,<br><br>   Defendant. | NO. 1:07-cr-00330 LJO<br><br>STIPULATION TO MODIFY TERMS OF JUDGMENT/SENTENCE RELATING TO SELF-SURRENDER DATE; ORDER<br><br>Judge: Hon. Lawrence J. O'Neill |

**Background**

Defendant Robert Crum was sentenced on November 7, 2008.  Amongst other provisions of the Judgment he is ordered to surrender to the United States Marshal for this district at 2:00 P.M. on January 5, 2009.  On December 29, 2008, counsel for Defendant Crum received a telephone call from the U.S. Marshal service suggesting that defendant's surrender date be moved to January 16, 2009, because the Bureau of Prisons has not yet designated Mr. Crum due to backlog.

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentence imposed November 7, 2008, and entered November 13, 2008, be modified so that defendant **Robert Crum's surrender date to the United States Marshal service shall be 2:00 P.M. on January 16, 2009, rather than January 5, 2009.**  Any and all

other provisions of said sentence and judgment shall remain in full force and effect as previously ordered until further order of the court.

|  |  |
|---|---|
|  | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: December 29, 2008 | By  /s/  Dawrence Rice for Mark J. McKeon<br>MARK J. McKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: December 29, 2008 | By  /s/  Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROBERT BRAXTON CRUM |

**ORDER**

**IT IS SO ORDERED**.  The sentence imposed November 7, 2008, and entered November 13, 2008, is hereby modified to reflect that Defendant, Robert Braxton Crum, shall surrender to the United States Marshal for this district at 2:00 P.M. on January 16, 2009, rather than January 5, 2009.  All other terms and conditions of said sentence and judgment shall remain in full force and effect until further order of the court.

DATED: December 31, 2008

  /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court

Stipulation to Modify Terms of Judgment/Sentence
Relating to Self-Surrender Date;[Proposed] Order     2